UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| ZAMORANO, J. GUADALUPE | ) | Case No. 08-10607TUC EWH |
| ZAMORANO, MARIA E. | ) | |
| | ) | APPLICATION FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

    Gayle E. Mills, Trustee, reports that the following dividend check has been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | PAYEE'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | 08/25/2010 | Guadalupe & Maria Zamorano<br>642 E. Mayfield Dr.<br>Queen Creek, AZ 85243 | $1,600.88 |

NOTE: This check represented the Debtors' *pro rata* share of their 2009 tax refunds. The Trustee has been unable to locate the Debtors to re-send the check.

    The Trustee asks that an Order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,600.88 to the Clerk of the Court to be deposited in the Registry thereof.

| December 15, 2010 | /s/ Gayle E. Mills |
|---|---|
| Date | Gayle E. Mills, Trustee |